UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JO PLUMB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:23-cv-0657 JLT EPG<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>(Doc. 17)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF YAI XIONG AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Patricia Plumb and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on September 7, 2023. (Doc. 17.)  Pursuant to the terms of the stipulation: "the Appeals Council will remand the case to an Administrative Law Judge… for further administrative proceedings, including offering the claimant the opportunity for a new hearing. The ALJ shall re-evaluate the evidence of record and issue a new decision." (*Id*. at 1-2.) The parties also stipulated judgment shall be entered in favor of Plaintiff and against the Commissioner.  (*Id*. at 2.)  Based upon the terms of the stipulation, the Court **ORDERS**:

　　1.　　The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

　　2.　　The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Patricia Jo

1

Plumb and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **September 8, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE