# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JO PLUMB,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:23-cv-0657 JLT HBK<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 20) |

Patricia Jo Plumb and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $8,400.00 pursuant to the Equal Access to Justice Act. (Doc. 20.) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $8,400.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

   Dated:   **September 19, 2023**

                                        _____
                                        UNITED STATES DISTRICT JUDGE